**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MATTHEW SEIBEL,

      Plaintiff**,**

                                          **COURT FILE NO.: 10-2238-JAR**

v.

ENCORE RECEIVABLES MANAGEMENT, INC.,

      Defendant.

---

NOTICE OF SETTLEMENT

---

      COMES NOW the Plaintiff by and through his attorney J. Mark Meinhardt and for his Notice of Settlement, hereby states as follows:

1.     The Plaintiff and the Defendant have reached a settlement.

2.     The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next thirty days.

                                              Respectfully submitted,

Dated: <u>October 15, 2010</u>          By: <u>/s/ J. Mark Meinhardt</u>
                                              J. Mark Meinhardt KS # 20245
                                              4707 College Blvd, Suite 100
                                              Leawood, KS 66211
                                              (913) 451-9797 (Office) & (913) 451-6163 (Fax)
                                              meinhardtlaw@sbcglobal.net
                                              **ATTORNEY FOR PLAINTIFF**